FILED
2002 JUL 24 AM 10: 17
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHIREY FIALKOWSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 99-RRA-3293-S |
| ) | |
| ANTHONY J. PRINCIPI, SECRETARY ) | |
| OF VETERANS' AFFAIRS, ) | |
| ) | |
| Defendant. ) | |

ENTERED
JUL 24 2002

## MEMORANDUM OF OPINION

The last claim in this case is whether the plaintiff was denied a position as nurse in the cardio-vascular intensive care unit as a result of age discrimination. This is an issue for the court to resolve and not a jury. The evidence, however, which was presented to the jury during the trial of the plaintiff's claim that she was denied such position on the basis of race, will be considered by the court, along with additional testimony presented after the close of evidence in the jury trial.

After consideration of all of the evidence, the court finds that the defendant was not denied the position of nurse in the defendant's cardio-vascular intensive care unit as a result of age discrimination, as the defendant's decision was based on non-discriminatory grounds. An order in accordance with this memorandum of opinion will be entered

DONE this 24th day of July, 2002.

_____
ROBERT R. ARMSTRONG, JR.
United States Magistrate Judge